USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/25/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILSON o/b/o V.J.C.,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

25-CV-5738 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Due to a change in the Court's calendar, the oral argument previously scheduled for September 10, 2026, is ADJOURNED to **September 17, 2026, at 11:00 a.m.**, and will take place via videoconference. The Court will email the parties a Teams link prior to the start of the hearing, and any non-parties wishing to attend the hearing may dial-in at 646-453-4442 (phone conference ID: 237 641 124#).

Dated: New York, New York
August 25, 2026

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**