**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

GLORISTINE W. o/b/o V.J.C.,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

----------------------------------------------------------X

25 **CIVIL** 5738 (BCM)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 17, 2026, plaintiff's motion for judgment on the pleadings is GRANTED and this action is REMANDED, pursuant to 42 U.S.C. § 405(g), for further proceedings consistent with the Oral Decision. Accordingly, the case is closed.

**Dated:** New York, New York
September 21, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Nezam Dulel

**Deputy Clerk**